

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 2-09-178-CV**

JO ANNA KANUI, INDIVIDUALLY,                  APPELLANT
AND AS NEXT FRIEND OF
KYLEIGH ROBERTS

V.

TEXAS DEPARTMENT OF FAMILY          APPELLEES
AND PROTECTIVE SERVICES BY
AND THROUGH CAREY COCKERELL,
IN HIS OFFICIAL CAPACITY; STACI
M . LOVE, CHRISTIN H. IVEY, REGENA
ROBINSON, ALFRED FREEMAN, REGINA
HARRIS, AND VERONICA TERRELL
IN THEIR INDIVIDUAL AND OFFICIAL
CAPACITIES

----------

### FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Motion For Voluntary Dismissal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1] *See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  MEIER, J.; CAYCE, C.J.; and LIVINGSTON, J.

DELIVERED:  July 9, 2009